| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Wells, Lesley B | 2. Court or Organization U.S. District Court, ND OH | 3. Date of Report 05/02/2007 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, ~~Active~~ Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 201 Superior Avenue 328 United States Court House Cleveland, Ohio 44114 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 10: 10 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Ohio Public Employees Retirement System | $ 27,827 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Squire, Sanders, & Dempsey - Law Firm |
| 2. 2006 | Wheeling & Lake Erie Railway - Director |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. THE ASPEN INSTITUTE | MARCH 30, 2006-APRIL 2, 2006 - QUEENSTOWN, MD; EDUCATIONAL SEMINAR OR PROGRAM (TRANSPORTATION, LODGING & MEALS) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  CENTURY FINCL CORP MICH | C | Dividend | L | T | | | | | |
| 2.  GENERAL MOTORS CORP | A | Dividend | J | T | | | | | |
| 3.  KEY CORP SECURITIES | B | Dividend | K | T | | | | | |
| 4.  OHIO ST WTR DEV AT PCF - MUNICIPAL FUNDS | B | Interest | K | T | SELL | 01/17 | K | A | |
| 5.  LORAIN OHIO - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 6.  MONTGOMERY CNTY OH HOSP - MUNICIPAL BONDS | A | Interest | | | SELL | 04-03 | J | A | |
| 7.  OHIO ST WTR DEV AT PLLT - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 8.  OHIO ST WTR DEV AUTH REV - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 9.  MAHONING CNTY OH HSP FCS - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 10. PUERTO RICO ELEC PWR - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 11. OHIO ST HIGHER EDL FAC - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 12. FAIRFIELD CNTY OHIO HOSP - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 13. PUERTO RICO SPL TAX REV - MUNICIPAL BONDS | A | Interest | K | T | SELL | 05-09 | J | A | |
| 14. CINCINNATI OHIO CITY SCH - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 15. CLEVELAND OH PKG FCS REV - MUNICIPAL BONDS | A | Interest | | | SELL | 09-15 | K | A | |
| 16. CLEVELAND OH CTFS PARTN - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 17. CLEVELAND OH WTRWKS REV - | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| MUNICIPAL BONDS | | | | | | | | | |
| 18. LUCAS CNTY OH HOSP REV - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 19. INDIAN LAKE OHIO LOC SD - MUNICIPAL BONDS | A | Interest | | | SELL | 12-01 | J | A | |
| 20. WYOMING OHIO CITY SCH - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 21. COLUMBIANA CNTY OH - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 22. PUERTO RICO COMWLTH - MUNICIPAL BONDS | A | Interest | | | SELL | 07-03 | K | A | |
| 23. MAHONING CNTY OHIO HOSP - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 24. GREENE CO OH SWR SYS RV - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 25. CUYAHOGA CNTY OHIO HOSP - MUNICIPAL BONDS | A | Interest | | | SELL | 07-20 | K | A | |
| 26. OHIO ST TPK COMMN TPK RV - MUNICIPAL BONDS | B | Interest | K | T | BUY | 11-27 | J | | |
| 27. | | | | | SELL | 02-15 | J | A | |
| 28. | | | | | SELL | 02-15 | J | A | |
| 29. OHIO ST AIR QUALITY DEV - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 30. PUERTO RICO PUB FIN CORP - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 31. MASSILON OH VAR PURP - MUNICIPAL BONDS | A | Interest | | | SELL | 05-30 | K | A | |
| 32. CUYAHOGA CO OH HSP REV - MUNICIPAL BONDS | B | Interest | K | T | BUY | 09-01 | K | | |
| 33. PUERTO RICO EL PWR AT - | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| MUNICIPAL BONDS | | | | | | | | | |
| 34. LORAIN CNTY OH HOSP REV - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 35. FRANKLIN CO OH CNVNTN - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 36. HAMILTON CNTY OH SALES - MUNICIPAL BONDS | B | Interest | K | T | SELL | 03-28 | J | A | |
| 37. | | | | | SELL | 04/17 | J | A | |
| 38. CLEVELAND OH ARPT SYS - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 39. UNIV CINCINNATI OH CTFS - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 40. MERRILL LYNCH CMA MONEY FUND | B | Int./Div. | K | T | | | | | |
| 41. MERRILL LYNCH CMA MONEY FUND | A | Interest | J | T | | | | | |
| 42. OHIO ST. HEF COMMN. RV. ED - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 43. HUNTINGTON NATIONAL BANK | A | Interest | J | T | | | | | |
| 44. UNIVERSITY CINC OH GEN - MUNICIPAL FUND | A | Interest | | | BUY | 08-15 | J | | |
| 45. | | | | | SELL | 10-03 | J | A | |
| 46. OHIO ST DEPT ADM SVC COP - MUNICIPAL BONDS | A | Interest | | | BUY | 02-28 | J | | |
| 47. | | | | | SELL | 09-19 | J | A | |
| 48. CUYAHOGA CNTY OHIO HOSP - MUNICIPAL BONDS | A | Interest | | | BUY | 07-21 | K | | |
| 49. | | | | | SELL | 07-20 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - 000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. STRONGSVILLE OH IMPT - MUNICIPAL BONDS | A | Interest | J | T | BUY | 07-11 | J | | |
| 51. BEDFORD OHIO - MUNICIPAL BONDS | A | Interest | J | T | BUY | 01-10 | J | | |
| 52. OHIO ST TPK CMMN TPK REV - MUNICIPAL BONDS | A | Interest | J | T | BUY | 11-27 | J | | |
| 53. MILFORD OH EXMP VLG SCH - MUNICIPAL BONDS | A | Interest | J | T | BUY | 07-06 | J | | |
| 54. UNIVERSITY CINC OH GEN - MUNICIPAL BONDS | A | Interest | J | T | BUY | 12-19 | J | | |
| 55. WESTERVILLE OH CITY SCH - MUNICIPAL BONDS | B | Interest | K | T | BUY | 06-19 | K | | |
| 56. AKRON BATH COPLEY OH ST - MUNICIPAL BONDS | A | Interest | K | T | BUY | 06-27 | K | | |
| 57. PUERTO RICO COMWLTH PUB | A | Interest | J | T | BUY | 03-21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████████████████     Date 5/16/07

NOTE: ANY ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544